ANDRÉ BIROTTE JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

VALERIE MAKAREWICZ (SBN 229637)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile: (213) 894-0115
Email: Valerie.Makarewicz@usdoj.gov

LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Facsimile: (202) 307-0054
Email:   Lauren.M.Castaldi@usdoj.gov

Attorneys for Plaintiff, United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Civil No. 13-00732 DDP (PLAX) |
| v. | **Stipulated Order of Permanent Injunction** |
| SIMON JENKINS, | |
| Defendant. | |

The United States of America ("United States"), has filed a Complaint for a Permanent Injunction and Other Relief against defendant Simon Jenkins, individually and doing business as Jenkins Tax Services (collectively, "Jenkins").

Jenkins has consented to entry of this Stipulated Order of Permanent Injunction,

Stipulated Order – United States v. Jenkins         1

and waives the entry of findings of fact and conclusions of law.  Jenkins further understands that this permanent injunction constitutes the final judgment in this matter, and he waives any rights he may have to appeal from this judgment.

    NOW, THEREFORE, and for good cause shown, it is accordingly ORDERED, ADJUDGED, and DECREED that:

    Pursuant to 26 U.S.C. ("I.R.C.") §§ 7402 and 7407 Simon Jenkins, individually and doing business as Jenkins Tax Services, and his representatives, agents, servants, and employees, are permanently enjoined from directly or indirectly:

(1) Aiding or assisting in the preparation or filing of federal tax returns for any person or entity other than himself or his lawful spouse for life;

(2) Preparing or filing, or assisting in the preparation or filing of tax returns or other related forms or documents for anyone other than himself or his lawful spouse;

(3) Engaging in any activity subject to penalty under I.R.C. §§ 6694, 6695, or any other penalty provision in the Internal Revenue Code;

(4) Appearing as a representative on behalf of any person or organization, other than himself or his lawful spouse, whose tax liabilities are under examination or investigation by the Internal Revenue Service ("IRS"); and

(5) Engaging in any other conduct that interferes with the proper administration and enforcement of the internal revenue laws of the United States.

    IT IS FURTHER ORDERED that Jenkins shall contact by mail (and also by e-mail, if an e-mail address is known) those persons and entities who have, since January 1, 2005, previously paid or otherwise retained him to prepare their income tax returns, and inform those persons and entities of his consent to this Stipulated Order of Permanent Injunction and attach a copy of the permanent injunction against Jenkins, and to file with the Court, within 30 days of the date the permanent injunction is entered, a certification signed under

penalty of perjury stating that he has done so. The mailings shall include a cover letter in a form either agreed to by counsel for the United States or approved by the Court, and shall not include any other documents or enclosures;

IT IS FURTHER ORDERED that Jenkins is prohibited from owning, controlling, or managing any business involving tax return preparation and/or the provision of tax advice, or maintaining a professional presence in any premises, whether an office, place of business, dwelling, or other abode, where tax returns are being prepared for a fee or professional tax services are being provided;

IT IS FURTHER ORDERED that the United States is permitted to engage in limited post-judgment discovery to ensure compliance with this permanent injunction;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing this permanent injunction; and

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(d)(2), counsel for the United States is authorized to arrange for personal service of this order on the defendant.

SO ORDERED this 2nd day of May, 2013

_____
United States District Judge

Stipulated Order – United States v. Jenkins         3